

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2020

No. 04-20-00146-CV

The Most Reverend Wm. Michael **MULVEY**, S.T.L., D.D. Bishop of Corpus Christi
(Appellant/Cross-Appellee),
Appellant

v.

**BAY, LTD.** (Appellee/Cross-Appellant),
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-09-51494-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

The Appellee/Cross-Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellee/Cross-Appellant's Brief is due September 7, 2020.

It is so **ORDERED** on August 6, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court